IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Misc. Action No. 14-MC-00226-MSK-KMT

In Re Application:

GRUPO UNIDOS POR EL CANAL, S.A.

## ENTRY OF APPEARANCE

Pursuant to D.C.Colo.LCivR 11.1, Tom McNamara of the law firm Davis Graham & Stubbs LLP, hereby gives notice of his entry of appearance as counsel on behalf of Respondent, CH2M Hill Companies Ltd.

Dated: October 10, 2014

/s/ Tom McNamara
Tom McNamara, Colo. No. 19880
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO 80202
Telephone: 303-892-9400
Facsimile: 303-893-1379
Email: tom.mcnamara@dgslaw.com

Attorneys for Respondent CH2M Hill Companies Ltd.

3465507.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was served by ECF/PACER on the 10th day of October 2014, to the following:

Francis A. Vasquez, Jr.
White & Case LLP
701 Thirteenth Street, N.W.
Washington, D.C. 20005

Phillip B. Dye, Jr.
Vinson & Elkins LLP
1001 Fannin Street, Suite 2500
Houston, TX 77002

/s/ Bernadette Marquez